THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALLEY PUMP, INC., <br><br> Defendant. | CASE NO. C18-0865-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's motion to compel audit (Dkt. No. 10). Plaintiff seeks an audit, pursuant to the terms and provisions of Plaintiff's Trust Agreement, of Defendant's payroll records, information, data, reports, documents, and other financial records required for the purpose of determining whether Defendant accurately reported and paid trust contributions, as required under its collective bargaining agreement with Local 174 of the International Brotherhood of Teamsters. (*See* Dkt. No. 10.)

The Court, having reviewed the record and the files herein, including the declarations of Jesse Swain and Russell J. Reid and the exhibits attached thereto, GRANTS Plaintiff's motion and ORDERS Defendant to make available to Plaintiff's authorized representatives, within 15 days of this order, the following documents, covering the period of July 1, 2010 through the present date:

1. Individual payroll records for all employees;
2. Employee roster listing all employees, with hire or position date changes, position, and duties;
3. State Employer Security Reports;
4. State Industrial Insurance or Comparable Reports;
5. Quarterly FICA and Federal Income Tax Reports (941/941A);
6. Annual Federal Unemployment Records (FUTA 940);
7. Labor contracts, plus any addendums or supplements, if applicable; and
8. Payroll or accounts payable records for temporary agency personnel or contractors.

DATED this 16th day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE